UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATHLEEN T. PARKS | ) |
| | ) [redacted] 06 166S |
| Plaintiff | ) |
| v. | ) C.A. No. ____________ |
| | ) |
| LIFETOUCH PORTRAIT STUDIOS, INC., | ) |
| RICK LEBEL (alias JOHN DOE) | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants, Lifetouch Portrait Studios, Inc., and Rick Lebel, by and through their undersigned attorneys, submit this Notice of Removal and state as follows:

1. On or about March 13, 2006, the above-captioned action was filed by the Plaintiff against Defendants in the Superior Court of Rhode Island, Providence County (the "State Court"), entitled *Kathleen T. Parks v. Lifetouch Portrait Studios, Inc. and Rick Lebel (alias John Doe)*, C.A. No. PC05-1448. Plaintiff served the Complaint on counsel for Defendant Lifetouch Portrait Studios, Inc. ("Lifetouch") and Defendant Rick Lebel ("Lebel") on March 23, 2006. The action is now pending in the Superior Court. A copy of the Summons, Complaint and Waivers of Service (collectively the "Pleadings") that were filed in the Superior Court is attached hereto as Exhibit A, and constitutes all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. *See* 28 U.S.C. § 1446(a).

3. This action involves parties of diverse citizenship and the amount in controversy exceeds the sum of $75,000, and therefore this Court has original jurisdiction pursuant to 28

U.S.C. § 1332. Upon information and belief, at the time Plaintiff commenced this action in the State Court and at the time of removal, she was and is a citizen of the State of Rhode Island. Defendant Lifetouch is a Minnesota corporation with its principal place of business in Minnesota and therefore is a citizen of the State of Minnesota for purposes of 28 U.S.C. § 1332. Defendant Lebel is a resident of the State of New York and therefore is a citizen of the State of New York for purposes of 28 U.S.C. § 1332.

4. This Notice of Removal is being filed with this Court within thirty (30) days after Defendants first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

5. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

6. In filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

WHEREFORE, Defendants, Lifetouch and Lebel, respectfully submit that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against them, entitled *Kathleen T. Parks v. Lifetouch Portrait Studios, Inc. and Rick Lebel*, C.A. No. PC-06-1448, be removed from the Superior Court of the State of Rhode Island, Providence County, that this action proceed in this Court as a properly removed action and that the Defendants have such other and further relief as this Court may deem just and proper.

Dated: April 10, 2006

Defendants,

LIFETOUCH PORTRAIT STUDIOS, INC.
and RICK LEBEL,

By their Attorneys,

NIXON PEABODY LLP

Stacie Boeniger Collier (#6059)
Andrew B. Prescott (#3758)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by first class mail, postage pre-paid, this 10th day of April, 2006 to:

Andrew Berg
Sammartino & Berg LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

Paula K. Gordon