06-166S

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1448 KATHLEEN T PARKS V LIFETOUCH PORTRAIT STUDIOS

Filing Date: 03-13-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 04-10-2006

Plaintiff: KATHLEEN PARKS
ID: @10826925

Attorney: ANDREW BERG

Defendant: LIFETOUCH PORTRAIT STUDIOS INC.
ID: @10826926
Defendant: RICK LEBEL
ID: @10826927

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
| --- | --- | --- | --- |

Docket Entry Information

| Date | Description | Text |
| --- | --- | --- |
| 03-13-2006 | COMPLAINT FILED | |
| 03-13-2006 | INITIAL FILING FEE | |
| 03-13-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP222486. |
| 04-10-2006 | NOTICE OF REMOVAL | TO U.S. DISTRICT COURT 06-1665 |
| 04-10-2006 | OTH DOC FILED DURING DISCOV | |

True copy attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island