UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN T. PARKS<br><br>Plaintiff<br>v.<br><br>LIFETOUCH PORTRAIT STUDIOS, INC.,<br>RICK LEBEL (alias JOHN DOE)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-166S |

RECEIVED
JUN 15 2006
Clerk of U.S. District Court
District of Rhode Island

**STIPULATION ENLARGING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Plaintiff, by and through her counsel, and Defendants Lifetouch Portrait Studios, Inc. and Rick Lebel by and through their counsel, hereby stipulate and agree that Defendants shall have an enlargement of time up to and including June 22, 2006 to answer or otherwise respond to Plaintiff's complaint.

| | |
|---|---|
| AGREED TO: | AGREED TO: |
| Plaintiff, | Defendants, |
| KATHLEEN T. PARKS | LIFETOUCH PORTRAIT STUDIOS, INC. and RICK LEBEL, |
| By her attorney, | By their attorneys, |
| SAMMARTINO & BERG LLP | NIXON PEABODY LLP |
| [signature] | [signature] (abp)<br>[signature] |
| Andrew Berg (#4754)<br>128 Dorrance Street<br>Suite 400<br>Providence, Rhode Island 02903<br>(401) 274-0113<br>(401) 274-0175 (Facsimile) | Stacie Boeniger Collier (#6059)<br>Andrew B. Prescott (#3758)<br>One Citizens Plaza, Suite 500<br>Providence, Rhode Island 02903<br>(401) 454-1000<br>(401) 454-1030 (Facsimile) |

Dated: ~~April~~ June 15, 2006

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/06

P133423.1