UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATHLEEN T. PARKS,

Plaintiff,

v.

LIFETOUCH PORTRAIT STUDIOS, INC. AND RICK LEBEL,

Defendants

Civil Action No.
06-CV-166 S

**ENTRY OF APPEARANCE**

I, Matthew J. Frankel, hereby enter my appearance on behalf of Defendants Lifetouch Portrait Studios, Inc. and Rick Lebel.

LIFETOUCH PORTRAIT STUDIOS, INC.
AND RICK LEBEL,

By its attorneys,

NIXON PEABODY LLP

Stacie Boeniger Collier (RI Bar #6059)
Matthew J. Frankel (RI Bar #7293)
One Citizens Plaza – 5th Floor
Providence, RI 02903
Tel. (401) 454-1000
Fax. (401) 454-1030

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2006, I mailed a true and correct copy of the within Entry of Appearance via regular mail, postage prepaid to Andrew Berg, Esq., Sammartino & Berg LLP, 128 Dorrance Street, Suite 400, Providence, RI 02903.