UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATHLEEN T. PARKS

v. C.A. NO. 06-166S

LIFETOUCH PORTRAIT STUDIOS, INC.
And RICK LEBEL

**NOTICE OF DEPOSITION**

TO: Kathleen T. Parks

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(b)(2) and 45(c), Defendants Lifetouch Portrait Studios, Inc. by through its attorneys hereby gives notice that the deposition upon oral examination of Kathleen Parks, will take place on August 18, 2006, beginning at 10:00 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903, before an officer duly authorized by law to administer oaths. The deposition will continue from day to day until completed.

LIFETOUCH PORTRAIT STUDIOS, INC.

By its attorneys,

Stacie Boeniger Collier (RI Bar #6059)
Matthew J. Frankel (RI Bar #7293)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)
sbcollier@nixonpeabody.com

Dated: June 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and accurate copy of the within Notice of Deposition to Andrew Berg, Esq., Sammartino & Berg LLP, 128 Dorrance Street, Suite 400, Providence, RI 02903 and Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920, this 22nd day of June, 2006.

Marilyn Lonely [signature]