UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATHLEEN T. PARKS :
Plaintiff :
v. : C.A. No. 06-166 S
:
LIFETOUCH PORTRAIT STUDIOS, INC. :
and RICK LEBEL (alias John Doe) :
Defendants :

**JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Now come the parties to the above-entitled action, and respectfully request that the Pretrial Conference currently scheduled for July 31, 2006 be continued to a date in September 2006.

As grounds for this Motion, the parties aver that this matter is scheduled for mediation with this Court's ADR Administrator, Berry Mitchell, on August 29, 2006. Accordingly, if this matter is settled at mediation, the requested continuance will avoid the unnecessary use of this Court's and the parties' time and resources.

Respectfully submitted,

KATHLEEN T. PARKS
By her attorney,

[signature]

ANDREW BERG
Bar No. 4754
Sammartino & Berg LLP
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274—0175 fax

Dated: 7/20/06

LIFETOUCH PORTRAIT STUDIOS, INC. and RICK LEBEL
By their attorney.

Stacie B. Collier/mgt

STACIE BOENIGER COLLIER
Bar No. 6059
Nixon Peabody LLP
One Citizens Plaza
Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax

7/18/06

**GRANTED**

[signature]

William E. Smith
U.S. District Judge
7/24/06