UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN T. PARKS<br><br>Plaintiff<br>v.<br><br>LIFETOUCH PORTRAIT STUDIOS, INC.,<br>RICK LEBEL (alias JOHN DOE)<br><br>Defendants. | ) | C.A. No. 06-166S |

DISMISSAL STIPULATION

All claims in this matter shall be dismissed with prejudice, no interest or costs to either party.

| | |
|---|---|
| Plaintiff, | Defendants, |
| KATHLEEN T. PARKS | LIFETOUCH PORTRAIT STUDIOS, INC. and RICK LEBEL, |
| By her attorney, | By their attorneys, |
| SAMMARTINO & BERG LLP | NIXON PEABODY LLP |
| Andrew Berg (#4754)<br>128 Dorrance Street<br>Suite 400<br>Providence, Rhode Island 02903<br>(401) 274-0113<br>(401) 274-0175 (Facsimile) | Stacie Boeniger Collier (#6059)<br>One Citizens Plaza<br>Suite 500<br>Providence, Rhode Island 02903<br>(401) 454-1000<br>(401) 454-1030 (Facsimile) |

Dated: September 28, 2006

10096810.1